# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SEREYRATH VAN,**<br><br>　　Petitioner,<br><br>　　v.<br><br>**JOHN WETZEL, et al.**,<br><br>　　Respondents. | **CIVIL ACTION**<br><br>**NO. 21-2560-KSM** |

## ORDER

**AND NOW**, this 7th day of December, 2021, upon consideration of Petitioner's Petition for a Writ of Habeas Corpus (Doc. No. 2), and the Report and Recommendation of United States Magistrate Judge Richard A. Lloret (Doc. No. 8), it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE**;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　　　　*/s/ Karen Spencer Marston*
　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KAREN SPENCER MARSTON, J.